

*advertise transform inspire!*

9 ANSONIA RD #B • WORCESTER, MA 01605 • (774) 317-8096 OFFICE • (401) 924-4482 CELL • (661) 420-9180 FAX

**PURCHASE ORDER:**

No.: 2016057
Date: 08/12/2016

To: The Spencer Brewery, LLC
167 North Spencer Road
Spencer, MA 01562

Commissioned by: St. Joseph's Abbey
Date: 08/02/2016
Job Number: 2016057

| Your P.O. or Phone No. | Contact | Terms | Terms |
|---|---|---|---|
| (508) 885-5756 ext.15 | Fr. Isaac Keeley | 50% Deposit to Begin | Balance Before Printing |

| Description | Cost |
|---|---|
| 1.) Graphic Design, Panel Layouts & Project Management<br>Price includes usual & customary fees for research,<br>art design & file preparation for printer | Est. Delivery 08/24/2016<br>Fee: $1,500.00 |
| 2.) 42"x42" Clear Window Digital Prints (3) qty. ($137.50 ea.)<br>Category or Use: Corporate Advertising & Promotion<br>Medium of Use: Large Format Clear Vinyl Cling<br>Geographic Area: North America<br>Time Period: 1 time use only for 2016 Big E Exhibit | Est. Delivery 09/09/2016<br>Fee: $412.50 |
| 3.) 122"x69" Printed Graphic on Sintra (1) qty.<br>Category or Use: Corporate Advertising & Promotion<br>Medium of Use: Large Format Printed Graphic on 3ml Sintra<br>Geographic Area: North America<br>Time Period: Until reprint or changes are needed | Est. Delivery 09/09/2016<br>Fee: $730.95 |
| 4.) 234"x69" Printed Graphic on Sintra (1) qty.<br>Category or Use: Corporate Advertising & Promotion<br>Medium of Use: Large Format Printed Graphic on 3ml Sintra<br>Geographic Area: North America<br>Time Period: Until reprint or changes are needed | Est. Delivery 09/09/2016<br>Fee: $1,321.40 |
| 5.) 47"x69" Printed Graphic on Sintra (3) qty. ($277.03 ea.)<br>Category or Use: Corporate Advertising & Promotion<br>Medium of Use: Large Format Printed Graphic on 3ml Sintra<br>Geographic Area: North America<br>Time Period: Until reprint or changes are needed | Est. Delivery 09/09/2016<br>Fee: $831.09 |

Finance charges of 1.5% per month are added to all overdue invoices. Please remit your payment promptly. A 3% service fee will be added to invoices paid by credit card. Cancellation terms can be found online at www.hunterfoss.com/terms.html and are subject to change at any time. Hunter Foss Design abides by the professional standards of AIGA, the professional association for design.



*advertise transform inspire!*

**PURCHASE ORDER:**
No.: 2016057
Date: 08/12/2016

9 ANSONIA RD #B • WORCESTER, MA 01606 • (774) 317-8096 OFFICE • (401) 924-4432 CELL • (661) 420-9180 FAX

To: The Spencer Brewery, LLC
167 North Spencer Road
Spencer, MA 01562

Commissioned by: St. Joseph's Abbey
Date: 08/02/2016
Job Number: 2016057

| Your P.O. or Phone No.: | Contact: | Limited Terms: | Expiration Date |
|---|---|---|---|
| (508) 885-5756 ext. 15 | Fr. Isaac Keeley | Net 30 | 09/02/2016 |

| Description | Cost |
|---|---|
| 7.) 112"x69" Printed Graphic on Sintra (1) qty.<br>Category or Use: Corporate Advertising & Promotion<br>Medium of Use: Large Format Printed Graphic on 3ml Sintra<br>Geographic Area: North America<br>Time Period: Until reprint or changes are needed | Est. Delivery 09/09/2016<br>Fee: $704.78 |

Schedule:
All graphics will need to be signed off on & approved to go to print by 8/26 to be ready for pick up on 9/9.

Copyright Release:

Any transfer of copyrights is conditional upon receipt of full payment.

All panels purchased will remain the property of St. Joseph's Abbey and Artist grants permission for continued reuse until a reprint or changes to the art is needed. St. Joseph's Abbey agrees to give the Artist first right of refusal on future work needed on these panels.

Artist reserves any usage rights not expressly transferred in writing. Any use beyond that granted to buyer herein shall require the payment of a mutually agreed-upon additional fee.

*This quote is good for 30 days. Please sign and return to confirm placing your order.*

| | |
|---|---|
| Subtotal: | $5,500.72 |
| Sales Tax (6.25%): | $0.00 |
| Total: | $5,500.72 |

Finance charges of 1.5% per month are added to all overdue invoices. Please remit your payment promptly. A 3% service fee will be added to invoices paid by credit card. Cancellation terms can be found online at www.hunterfoss.com/terms.html and are subject to change at any time. Hunter Foss Design abides by the professional standards of AIGA, the professional association for design.

TERMS

1. Time for Payment
All invoices are payable within 30 days of receipt. In 1.5% monthly service charge is payable on all overdue balances. The grant of any license or right of copyright is conditioned on receipt of full payment.

*50% deposit = $2750.—*
*Bal. on Screen off / Go to print*
*50%*

2. Default in Payment
The Buyer shall assume responsibility for all collection of legal fees necessitated by default in payment.

3. Expenses
The Client shall reimburse the designer for all expenses arising from this assignment, including the payment of any sales taxes due on this assignment. Buyer's approval shall be obtained for any increases in fees or expenses that exceed the original estimate by 10% or more.

4. Changes
Buyer shall make additional payments for changes requested in original assignment. However, no additional payment shall be made for changes required to conform to the original assignment description. The Buyer shall offer the Artist/Designer, Cynthia Foss c/o Hunter Foss Design, first opportunity to make any changes.

5. Cancellation
In the event of cancellation of this assignment, ownership of all copyrights and the original artwork shall be retained by Artist/Designer, Cynthia Foss c/o Hunter Foss Design. A 100% Cancellation Fee for work completed, plus fair market royalties of 10% of wholesale price, if applicable, will be applied to cancellations and based on the contract price and expenses already incurred, shall be paid by the Buyer.

6. Ownership and Return of Original Artwork
The Designer retains ownership of all original artwork created by the Designer, whether preliminary or final, and the Buyer shall return such artwork within 30 days of use unless otherwise indicated below:

7. Credit Lines
The Buyer shall give Artist and any other creators a credit line with any editorial usage. If credit lines are to be given with other types of usage, it must so be indicated here:_____
{ } If this box is checked, the credit line shall be in the form: © Copyright 2016 Hunter Foss Design.

8. Releases
Buyer shall indemnify the designer against all claims and expenses, including reasonable attorneys fees, due to uses for which no release was requested in writing or for uses that exceed authority granted by any release.

9. Modifications
Modification of the agreement must be written, except that invoice may include, and the client shall pay, fees or expenses that were orally authorized in order to progress promptly with the work.

10. Uniform Commercial Code
The above terms incorporate article 2 of the Uniform Commercial Code.

11. Code of Fair Practice
The Buyer and the Designer agree to comply with the provisions of the Code of Fair Practice.

12. Warranty of Originality
The Designer warrants and represents that, to the best of his or her knowledge, the work assigned hereunder is original and has not been previously published, or that consent to use has been obtained on an unlimited basis; that all work or portions thereof obtained through the undersigned from third parties is original or, if previously published, that the consent to use has been obtained on an unlimited basis; that the designer has full authority to make this agreement; and that the work prepared by the designer does not contain any scandalous, libelous, or unlawful matter. This warranty does not extend to any uses that the client or others may make of the designers product that may infringe on the rights of others. Buyer expressly agrees that it will hold the designer harmless from all liability caused by the clients use of the designers product to the extent such use infringes on the rights of others.

13. Limitation of Liability
Client agrees that it shall not hold the designer or his/her agents or employees liable for any incidental or consequential damages that arise from the designer's failure to perform any aspect of the project in a timely manner, regardless of whether such failure was caused by intentional or negligent acts or omissions of the designer or a third-party.

14. Dispute Resolution
Any disputes in excess of $5,000.00 (maximum limit for small claims court) arising out of this Agreement shall be submitted to binding arbitration before a mutually agreed-upon arbitrator pursuant to the rules of the American Arbitration Association. The Arbitrator's award shall be final, and judgment may be entered in any court having jurisdiction thereof. The Client shall pay all arbitration and court costs, reasonable attorney's fees, and legal interests on any award of judgment in favor of the Designer.

15. Acceptance of Terms.
The signature of both parties shall evidence acceptance of these terms.
Consented and agreed to

*Cynthia Foss*                                    08/12/2016
Artist's signature/date

*ISAAC T. KEELEY*                         *8·17-2016*
Authorized signature/date

*ISAAC T. KEELEY          DIRECTOR*
Buyer's name & title